Martin A. Little, Esq. (Nevada Bar No. 7067)
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
mal@h2law.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ZAMORA, an individual; SEVEN AROMAZ, INC. d/b/a TOTAL FOOD SOLUTIONS, a California Corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>BEVERLY GANNON, an individual; HALIIMAILE STORE INC., a Hawaii Corporation; MR. TUTTLE, LLC, a Hawaii limited liability Company; GATHER RESTAURANT GROUP, LLC, A foreign limited liability company; DOES I through XV; and ROE Corporations I through X, inclusive,<br><br>             Defendants. | CASE NO.: 2:22-cv-01898-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BEVERLY GANNON; HALIIMAILE STORE INC.; MR. TUTTLE, LLC; and GATHER RESTAURANT GROUP, LLC TO RESPOND TO GREGORY ZAMORA AND SEVEN AROMAZ, INC. D/B/A TOTAL FOOD SOLUTIONS COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiffs GREGORY ZAMORA AND SEVEN AROMAZ, INC. d/b/a TOTAL FOOD, ("Plaintiffs") and Defendants BEVERLY GANNON; HALIIMAILE STORE INC.; MR. TUTTLE, LLC; and GATHER RESTAURANT GROUP, LLC ("Defendants"), through counsel, hereby agree and stipulate, as follows:

1. Plaintiffs filed their Complaint (the "Complaint") on September 30, 2022.

2. Service was effectuated on all Defendants on October 12, 2022.

3. On November 9, 2022, Defendant GRG (with the consent of all other Defendants) removed the action to federal court.

4. Under FRCP 81, Defendants have seven (7) days to respond to Plaintiffs'

Complaint after removal, making any pleading or other response due on or before November 16, 2022.

5. Defendants and Plaintiffs stipulate to a 7-day extension of time for Defendants to file and serve an answer or otherwise respond to the Complaint, which makes the response due on November 23, 2022.

6. This is the first stipulation to extend the date for Defendants to answer or otherwise respond to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

Dated this 16th day of November 2022.

**HOWARD & HOWARD ATTORNEYS PLLC**

By: */s/ Martin A. Little*
    Martin A. Little, Esq.
    Nevada Bar. No. 7067
    3800 Howard Hughes Pkwy, Suite 1000
    Las Vegas, Nevada 89169

*Attorneys for Defendants*

Dated this 16th day of November 2022.

**V3 LAW, LLC**

By: */s/ Jose E. Valenzuela III*
    Jose E. Valenzuela III, Esq.
    4484 S. Pecos Rd., Ste 140
    Las Vegas, Nevada 89121

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-18-2022

2