**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GREGORY ZAMORA, an individual; SEVEN AROMAZ, INC. d/b/a TOTAL FOOD SOLUTIONS, a California corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>BEVERLY GANNON, an individual; HALIIMAILE STORE, INC., a Hawaii Corporation; MR. TUTTLE, LLC, a Hawaii limited liability company; GATHER RESTAURANT GROUP, LLC, a Wyoming limited liability company; DOES I through XV; and ROE Corporations I through X, inclusive,<br><br>Defendant(s). | 2:22-cv-01898-JAD-VCF<br><br>**ORDER** |

Before the court are the motion to stay discovery (ECF No. 15) and individual discovery plan and scheduling order (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to stay discovery (ECF No. 15) and individual discovery plan and scheduling order (ECF No. 16), is scheduled for 2:00 PM, March 6, 2023, in Courtroom 3D.

DATED this 17th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE