UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Zamora, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>Beverly Gannon, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01898-JAD-VCF<br><br>**Order Transferring Venue to the U.S. District Court for the District of Hawaii**<br><br>[ECF Nos. 6, 7] |

The court having heard oral argument on June 22, 2023, on the defendants' various motions to dismiss [ECF Nos. 6, 7], and for the reasons stated on the record,

IT IS ORDERED that Defendant Gather Restaurant Group, LLC's motion to dismiss for want of personal jurisdiction **[ECF No. 6] is GRANTED**. **The claims against the Gather Restaurant Group, LLC are DISMISSED** for want of personal jurisdiction. The Clerk of Court is directed to **TERMINATE Gather Restaurant Group, LLC as a party to this case.**

IT IS FURTHER ORDERED that Defendants Gannon, Halhmaile, and Mr. Tuttle's motion to transfer venue under 29 U.S.C. § 1404(a) **[ECF No. 7] is GRANTED. The Clerk of Court is directed to TRANSFER the remaining portions of this case to the United States District Court for the District of Hawaii and CLOSE THIS MATTER.**

To the extent that these motions [ECF Nos. 6, 7] contained other motions, theories, and requests, they are denied without prejudice as moot.

_____
U.S. District Judge Jennifer A. Dorsey
June 22, 2023